McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| ROSALIE RUTH BUYCK, | Case No. 2:18-cv-01688-CKD |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended until January 14, 2019. This is Defendant's first request for an extension of time. Defense counsel requires additional time to fully review the administrative record and consider the

1

government's position due to conflicting due dates and Defense counsel's scheduled use/lose leave.  Plaintiff's counsel does not object to the extension and agrees that all subsequent deadlines should be accordingly extended.

                Respectfully submitted,

Date:  November 30, 2018    Osterhout Disability Law, LLC

           By: */s/ Hannalore B. Merritt* *
              HANNALORE B. MERRITT
              Attorney for Plaintiff
              (*By e-mail authorization on 11/30/18)

Dated: November 30, 2018    McGREGOR W. SCOTT
              United States Attorney
              DEBORAH LEE STACHEL
              Regional Chief Counsel, Region IX
              Social Security Administration

              */s/ Donna W. Anderson*
              DONNA W. ANDERSON
              Special Assistant United States Attorney
              Attorneys for Defendant

              <u>ORDER</u>

APPROVED AND SO ORDERED:

Dated:  December 5, 2018

              _____
              CAROLYN K. DELANEY
              UNITED STATES MAGISTRATE JUDGE